**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Nathan Christopher Braun,

       Petitioner,

v.

MCF-Rush City Warden; MNDOC
Commissioner; MNDOC HUR; and
MNDOC ISR,

       Respondents.

Case No. 26-CV-00520 (JMB/DLM)

**ORDER**

---

Nathan Christopher Braun, Rush City, MN, self-represented.

Thomas R. Ragatz, Minnesota Attorney General's Office, St. Paul, MN, for Respondents.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Douglas L. Micko dated January 28, 2026. (Doc. No. 3.) The R&R recommends that Petitioner Nathan Christopher Braun's petition for a writ of habeas corpus be denied because Braun raised issues in his petition that either are not cognizable or for which he failed to exhaust his administrative remedies. (*See id.* at 3–6.) The R&R also recommends that, because the grounds for the petition's dismissal exclude the issuance of certificate of appealability, such a certificate shall not be issued. (*Id.* at 6.) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.  The R&R (Doc. No. 3) is ADOPTED.

2.  The Petition (Doc. No. 1) is DENIED.

3.  Petitioner's pending IFP Application (Doc. No. 2) is DENIED AS MOOT.

4.  No certificate of appealability shall issue.

5.  The Court dismisses this action without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: March 9, 2026                                /s/ *Jeffrey M. Bryan*
                                                    Judge Jeffrey M. Bryan
                                                    United States District Court